FILED
FEB 28 2017
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL
CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **CLEVELAND ASSETS, LLC,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No.:** 17-277 C |
| | ) | |
| v. | ) | **Judge:** _____ |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 and Appendix C, § V of the Rules of the United States Court of Federal Claims, Cleveland Assets, LLC ("Plaintiff"), by and through his undersigned counsel, hereby moves the Court for a preliminary injunction and, as necessary a temporary restraining order, prohibiting Defendant United States, acting by and though the U.S. General Services Administration, from authorizing any further procurement action under Request for Lease Proposals ("RLP") 6OH0241, until the Court can decide Plaintiff's protest on the merits. If the Court does not immediately rule on Plaintiff's request for a preliminary injunction, Plaintiff respectfully requests that the Court issue a temporary restraining order until the Court can decide Plaintiff's motion for a preliminary injunction.

As more fully set forth in the accompanying memorandum of law, the Court should grant Plaintiff's Motion. The Defendant's decision to issue the RLP in its current form and conduct the associated procurement under the terms thereof was arbitrary, capricious, irrational, an abuse of

discretion, in violation of applicable procurement law and regulations, and prejudicial to Plaintiff.

As a result, Plaintiff will suffer irreparable harm without a preliminary injunction.

February 24, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROBERT C. MACKICHAN, JR.

　　　　　　　　　　　　　　　　　　　　　Holland & Knight
　　　　　　　　　　　　　　　　　　　　　800 17th Street, N.W., Ste. 1100
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Tele: (202) 862 -5962
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 955-5564
　　　　　　　　　　　　　　　　　　　　　Email: robert.mackichan@hklaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

OF COUNSEL:

MARY BETH BOSCO
Holland & Knight LLP
800 17th Street, N.W., Ste. 1100
Washington, DC 20006
Tele: (202) 469-5270
Fax: (202) 955-5564
Email: marybeth.bosco@hklaw.com

GORDON GRIFFIN
Holland & Knight LLP
800 17th Street, N.W., Ste. 1100
Washington, DC 20006
Tele: (202) 469-5122
Fax: (202) 955-5564
Email: gordon.griffin@hklaw.com

ELIZABETH JOCHUM
1600 Tysons Boulevard, Ste. 700
Tyson's Corner, VA 22102 Tele:
(703) 720-8600
Fax: (703) 720-8610
Email: elizabeth.jochum@hklaw.com

DANIEL HANLON
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tele: (305) 789-7593
Fax: (305)789-7799
Email: daniel.hanlon@hklaw.com