# In the United States Court of Federal Claims
BID PROTEST

| | |
|---|---|
| CLEVELAND ASSETS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant, ) <br> ) | No. 17-277C <br> (Filed: March 1, 2017) |

**ORDER**

Along with its complaint in this bid protest case, Plaintiff Cleveland Assets, LLC filed a motion for a temporary restraining order and a motion for a preliminary injunction to enjoin the government from moving forward with the protested procurement. ECF No. 4. At today's status conference, the parties represented that the government has agreed to refrain from conducting discussions, clarifications, or communications with any of the offerors (except to inform them of the existence of this protest) until May 15, 2017. The government will otherwise proceed its evaluation of the proposals, but it will not make an award while the protest is pending. In light of this arrangement, Plaintiff's motions for a temporary restraining order and preliminary injunction are **DENIED** as moot.

To facilitate the Court in reaching a decision by May 15, the Court adopts the expedited briefing schedule proposed by the parties at the status conference, as set forth below:

- The government shall file the administrative record by **March 15, 2017**.

- Plaintiff shall file its motion for judgment on the administrative record by **March 29, 2017.**

- The government shall file its cross-motion for judgment on the administrative record and its response to Plaintiff's motion for judgment on the administrative record by **April 14, 2017**.

- Plaintiff shall file its response to the government's cross-motion for judgment on the administrative record and its reply in support if its motion for judgment on the administrative record by **April 21, 2017**.

- The government shall file its reply in support of its cross-motion for judgment on the administrative record by **April 28, 2017**.

- Oral argument shall be held on **May 4, 2017**.

The government shall file the administrative record on DVD, pursuant to Paragraph 9(d) of Appendix E to the Rules of the Court of Federal Claims. The government shall also supply the Court with a printed and tabbed courtesy copy of the contents of the DVD, including an index or table of contents. The Court will issue a subsequent order scheduling a time for the oral argument.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge